Roseland Railway Co. *v.* Pratt.

*Mr. Samuel H. Grey* and *Mr. Bedell* (of the Pennsylvania bar), for the appellants.

*Mr. William T. Hilliard,* for the respondents.

---

ROSELAND RAILWAY COMPANY, appellant,

*v.*

JULIUS H. PRATT, respondent.

On appeal from an order advised by Vice-Chancellor Van Fleet granting an injunction restraining the appellant from further constructing its railroad on the land in question in the suit, until it should have made just compensation to the respondent for his estate in the same, whose opinion is reported in *Pratt* v. *Roseland Railway Co., and John J. Van Order, 5 Dick. Ch. Rep. 150.*\*

*Mr. Cortlandt Parker,* for the appellant.

*Mr. John W. Taylor,* for the respondent.

---

\* NOTE.—November 28th, 1893, an order was entered to retain the record until otherwise ordered.

November 14th, 1898, an order was entered reversing the above-stated order and dismissing the bill of complaint, and directing that the record be remitted to the court of chancery to the end that said decree be carried into execution.—REP.